United States Bankruptcy Court

Middle District of Florida

In re:

Rafael Colon, Jr.
    Debtor

Case No. 21-05828-CPM

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113A-8 · · · · · · · · · · · · · · User: admin · · · · · · · · · · · · · · Page 1 of 3

Date Rcvd: Feb 16, 2022 · · · · · · · · · · · · Form ID: B318 · · · · · · · · · · · · · · Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Rafael Colon, Jr., 7628 Coventry Dr., Port Richey, FL 34668-2620 |
| 29776415 | | Bay Care Surgery Center, PO BOX 100307, Atlanta, GA 30384-0307 |
| 29776425 | | Laboratory Corp of America, PO BOX 2240, Burlington, NC 27216-2240 |
| 29776427 | | MID Florida Credit Union, PO BOX 3584, Lakeland, FL 33802-3584 |
| 29776430 | | Nader H Chaddda MD LLC, 10007 Tree Tops Lake RD, Tampa, FL 33626-4769 |
| 29776433 | + | Radius Global Solutions, PO BOX 1259, Dept. #120957, Oaks, PA 19456-1259 |
| 29776434 | + | Rmstogo/brandbk/grnsky, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 29776440 | + | Universal Payment Corp, Attn: Bankruptcy, Po Box 2759, Pittsburgh, PA 15230-2759 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| tr | + | EDI: QRMDAUVAL.COM | Feb 17 2022 02:23:00 | Richard M Dauval, P.O. Box 7929, St. Petersburg, FL 33734-7929 |
| 29776413 | + | Email/PDF: bncnotices@becket-lee.com | Feb 16 2022 21:32:14 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 29776414 | + | EDI: TSYS2 | Feb 17 2022 02:23:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 29776416 | + | EDI: CAPITALONE.COM | Feb 17 2022 02:23:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 29776417 | + | Email/Text: bankrupt@choicerecovery.com | Feb 16 2022 21:21:00 | Choice Recovery, 1105 Schrock Road, Suite 700, Columbus, OH 43229-1168 |
| 29776418 | + | EDI: CITICORP.COM | Feb 17 2022 02:23:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 29776419 | + | EDI: WFNNB.COM | Feb 17 2022 02:23:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 29776420 | + | EDI: DISCOVER.COM | Feb 17 2022 02:23:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 29776422 | | Email/Text: bankruptcynotification@ftr.com | Feb 16 2022 21:22:00 | Frontier, PO Box 740407, Cincinnati, OH 45274-0407 |
| 29776423 | + | Email/Text: bankruptcy.notices@hdfsi.com | Feb 16 2022 21:22:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 29776424 | + | EDI: FORD.COM | Feb 17 2022 02:23:00 | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 29776429 | | Email/Text: ml-ebn@missionlane.com | Feb 16 2022 21:22:00 | Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30348 |
| 29776426 | | EDI: PARALONMEDCREDT | | |

District/off: 113A-8

Date Rcvd: Feb 16, 2022

User: admin

Form ID: B318

Page 2 of 3

Total Noticed: 30

| | | | Feb 17 2022 02:23:00 | Medicredit, Inc., PO BOX 1629, Maryland Heights, MO 63043-0629 |
|---|---|---|---|---|
| 29776428 | | EDI: MID8.COM | | |
| | | | Feb 17 2022 02:23:00 | Midland Credit Management In, PO Box 301030, Los Angeles, CA 90030-1030 |
| 29776431 | + | Email/Text: bknick@nicfn.com | | |
| | | | Feb 16 2022 21:22:00 | Nicholas Financial Inc, Attn: Bankruptcy, 2454 Mcmullen Booth Rd N Ste 501b, Clearwater, FL 33759-1343 |
| 29776432 | + | EDI: AGFINANCE.COM | | |
| | | | Feb 17 2022 02:23:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 29776435 | + | Email/Text: cmecf@suncoastfcu.org | | |
| | | | Feb 16 2022 21:22:00 | Suncoast Cu, Attn: Bankruptcy, Po Box 11904, Tampa, FL 33680-1904 |
| 29776436 | + | EDI: RMSC.COM | | |
| | | | Feb 17 2022 02:23:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 29776437 | + | EDI: RMSC.COM | | |
| | | | Feb 17 2022 02:23:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 29776438 | + | EDI: RMSC.COM | | |
| | | | Feb 17 2022 02:23:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 29776439 | + | Email/Text: EBankruptcy@UCFS.NET | | |
| | | | Feb 16 2022 21:22:00 | United Consumer Financial Services, Attn: Bankruptcy, 865 Bassett Road, Westlake, OH 44145-1194 |
| 29776441 | | EDI: WSBC | | |
| | | | Feb 17 2022 02:23:00 | W.S. Badcock Corporation, Attn: Bankruptcy, Po Box 497, Mulberry, FL 33860 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID      Bypass Reason   Name and Address**
29776421      ##+             DOT Compliance Group, 100 Decker Ct., Suite #250, Irving, TX 75062-2322

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2022                   Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2022 at the address(es) listed below:**

**Name**                        **Email Address**

Alan D Borden
                                on behalf of Debtor Rafael Colon  Jr. data@1800debtrelief.com,
                                r48456@notify.bestcase.com;1663805420@filings.docketbird.com

Richard M Dauval

District/off: 113A-8                    User: admin                                    Page 3 of 3
Date Rcvd: Feb 16, 2022                 Form ID: B318                                   Total Noticed: 30

> rdauval@leavenlaw.com
> rdauval@ecf.axosfs.com,sellassets@ecf.inforuptcy.com,efarrow@leavenlaw.com,emartin@leavenlaw.com

United States Trustee - TPA7/13
> USTPRegion21.TP.ECF@USDOJ.GOV

TOTAL: 3

<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td></tr>
</table>

| Debtor 1 | Rafael Colon Jr. | | Social Security number or ITIN   xxx–xx–1575 |
| --- | --- | --- | --- |
| | First Name     Middle Name     Last Name | | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name     Middle Name     Last Name | | Social Security number or ITIN  _ _ _ _ |
| | | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Florida | | |
| Case number:   8:21–bk–05828–CPM | | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rafael Colon Jr.

-

Dated: February 16, 2022

Catherine Peek McEwen
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---